**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:20CR180-PPS/APR |
| | ) | |
| STEPHEN DALTON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Stephen Dalton's request to enter a plea of guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 17.] At a hearing on the record on June 23, 2021 [DE 20], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. At that hearing, the parties waived any objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Dalton's plea of guilty to mail fraud, as charged in Count 1 of the indictment, to which any objection has been waived, the Court hereby ADOPTS the findings and recommendation [DE 20] in their entirety.

Defendant Stephen Dalton is adjudged GUILTY of Count 1 of the Indictment.

The sentencing hearing is set for October 26, 2021 at 9:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: June 25, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT